✎ LAED 247 (02/08)  Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
for the

Eastern District of Louisiana

| | |
|---|---|
| United States of America ) | |
| v. ) | |
| Tyler Jones ) | Case No: 00-116 |
| ) | USM No: |
| Date of Previous Judgment: 05/23/2001 ) | Gary Schwabe, Jr. |
| (Use Date of Last Amended Judgment if Applicable) ) | Defendant's Attorney |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of ☐ the defendant ☐ the Director of the Bureau of Prisons ☑ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
☐ DENIED.  ☑ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of __180__ months **is reduced to** __143 months__.

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)

| | | | |
|---|---|---|---|
| Previous Offense Level: | 36 | Amended Offense Level: | 34 |
| Criminal History Category: | IV | Criminal History Category: | IV |
| Previous Guideline Range: | 262 to 327 months | Amended Guideline Range: | 210 to 262 months |

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
☐ The reduced sentence is within the amended guideline range.
☑ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other (explain):

If this sentence is less than the amount of time the defendant has already served, the sentence is reduced to a 'time served' sentence.

**III. ADDITIONAL COMMENTS**

Except as provided above, all provisions of the judgment dated __05/23/2001__ shall remain in effect.
**IT IS SO ORDERED**.

Order Date: 06/23/2008

_/s/ Carl J. Barbier_
Judge's signature

Effective Date: 07/03/2008
(if different from order date)

Carl J. Barbier / United States District Judge
Printed name and title